UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60528-Civ-Zloch/Rosenbaum

BRADLEY R. KARNS,

     Plaintiff,

v.

INTEGRITY FINANCIAL PARTNERS, INC.

     Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved certain matters in controversy, the parties jointly stipulate to a Dismissal of Plaintiff's claims under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act with prejudice and a dismissal of Plaintiff's claims under the Telephone Consumer Protection Act *without* prejudice. Defendant's settlement offer which Plaintiff has accepted, requires a judicial determination of the amount of Plaintiff's reasonable attorney's fees and costs and accordingly, the parties respectfully request the Court reserve jurisdiction on the matter of attorney's fees and costs with a motion to be filed as required by Local Rule, in the event that the parties do not resolve the matter by agreement.


Donald A. Yarbrough, Esq.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida  33339
Telephone: 954-537-2000

Sarah L. Shullman, Esq.
Attorney for Defendant
Squire Sanders & Dempsey LLP
Suite 1900
777 South Flagler Drive

Facsimile: 954-566-2235

West Palm Beach, FL 33401
Telephone: 561-650-7247
Facsimile: 561-655-1509

By:  /s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.

By: /s/ Sarah L. Shullman
Sarah L. Shullman, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60528-Civ-Zloch/Rosenbaum

BRADLEY R. KARNS,

     Plaintiff,

v.

INTEGRITY FINANCIAL PARTNERS, INC.

     Defendant.

_____/

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on <u>December 7, 2010</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Sarah L. Shullman
Squire Sanders & Dempsey LLP
Suite 1900
777 South Flagler Drive
West Palm Beach, FL 33401
Telephone: 561-650-7247
Facsimile: 561-655-1509

<u>Via Notices of Electronic Filing generated by CM/ECF</u>