UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60528-CIV-ZLOCH

BRADLEY R. KARNS,

    Plaintiff,

vs.                    **FINAL ORDER OF DISMISSAL**

INTEGRITY FINANCIAL PARTNERS,
INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 48) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Dismissal With Prejudice (DE 48) filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice as to Plaintiff Bradley R. Karns's Fair Debt Collection Practices Act and Florida Consumer Collection Practices Act claims;

    3. The above-styled cause be and the same is hereby **DISMISSED** without prejudice as to Plaintiff Bradley R. Karns's Telephone Consumer Protection Act claims;

    4. Pursuant to the Parties' Agreement, the Court will retain jurisdiction over the above-styled cause solely for the purpose entertaining a Motion For Attorney's Fees that comports with the

dictates of Local Rule 7.3.A; and

    5. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___8th___ day of December, 2010.

                                                 WILLIAM J. ZLOCH
                                                 United States District Judge

Copies furnished:

All Counsel of Record